# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICHAEL DOUGLAS FRAZIER                             PLAINTIFF

v.                 CASE NO. 3:16-CV-00224 BSM

DAVID CARTER;
ZACH WOLVERTON                                             DEFENDANTS

## ORDER

Defendants' motion to dismiss [Doc. No. 18] is granted and the complaint is dismissed without prejudice due to plaintiff's failure to prosecute and his failure to notify the clerk and defendants of his current address. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 19th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE