IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL DOUGLAS FRAZIER**                                  **PLAINTIFF**

**v.**                 **CASE NO. 3:16-CV-00224 BSM**

**DAVID CARTER;**
**ZACH WOLVERTON**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE